UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHEYENNE WOLFE,            )
                           )
        Plaintiff,         )
                           )
        v.                 )  NO.  3:10-0944
                           )  Judge Haynes/Bryant
CHS/COMMUNITY HEALTH SYSTEMS, )
INC., d/b/a Gateway Medical )
Center,                    )
                           )
        Defendant.         )

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 7).

An initial case management conference is set for **Tuesday, December 14, 2010, at 10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to December 14, 2010.

It is so **ORDERED**.

                        s/ John S. Bryant
                        JOHN S. BRYANT
                        United States Magistrate Judge