UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHEYENNE WOLFE | ) | |
| | ) | |
| | ) | NO. 3:10-0944 |
| v. | ) | JUDGE SHARP |
| | ) | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC, ET AL | ) ) | |

**O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE